**IT IS ORDERED as set forth below:**



**Date: December 7, 2018**

_Michele J. Kim_
United States Bankruptcy Judge
Southern District of Georgia

---

## UNITED STATES BANKRUPTCY COURT
### Southern District of Georgia

| | |
|---|---|
| In re:<br>**MATTHEW D. TUCKER**<br><br>Debtor(s) | Case No.: **17-50744**<br>Judge: **Michele J. Kim**<br>Chapter: **13** |

### ORDER ON MOTION FOR RELIEF FROM STAY
(Official Local Form B-55 / Revised August 2017)

MOVANT: **CENLAR FSB AS SERVICER FOR CITIZENS BANK, N.A.,**

SUBJECT PROPERTY: **1812 DANORA DRIVE, WAYCROSS, GEORGIA 31501-4152**

After notice and a hearing the Motion is ordered:

☐ Granted    ☐ The Trustee will discontinue distribution on the movant's claim and reduce movant's claim to the amount paid if no amended claim is filed within _____ days of this order.

☐ The Trustee shall reduce movant's claim relating to this collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

☐ Continued to _____ at _____ ☐ am ☐ pm

Case No.: 17-50744
Page 2

☐ Continued. The Motion will not be reassigned until a minimum of seven (7) days after Movant files and serves a Request for Assignment of Continued Hearing. That request shall not be filed until discovery is complete, including, if applicable, providing a post-petition payment history to opposing counsel.

☐ Denied.

☒ Denied on the condition that:

  ☒ The Debtor shall make timely post-petition payments to Movant as required by the Chapter 13 plan.

  ☒ The Debtor shall tender payments to Movant or take other action as follows:

  Post-petition arrearage is $7,738.88 through the 11/1/18 payment due date, plus attorney's fees of $850.00 and court costs of $181.00 for a total arrearage of $8,407.88.

☐ Debtor shall pay to Movant the sum of _____ on or before _____ which sum shall be applied to the above-referenced total arrearage.

☒ Debtor shall cure the foregoing arrearage in full by making additional monthly payments to the Movant in the sum of $935.00 per month beginning December 15, 2018 and continuing on the 15 day of each successive month thereafter, with a final additional payment of $927.88 being due on or before July 15, 2018.

☒ Debtor shall recommence making regular monthly payments to Movant, as same come due under the applicable loan documents, including any insurance premiums which may come due thereunder, (subject to adjustment if provided in the contract) beginning December 1, 2018, and maintain current monthly payments thereunder for the pendency of this case. All payments must include the last four digits of the account number 3700 and shall be sent to the following address, depending on the type of payment:

> Cenlar FSB
> Attn: BK Department
> 425 Phillips Blvd.
> Ewing, NJ 08618

STRICT COMPLIANCE IS ORDERED as follows:

☒ That in the event the debtor fails to comply with the terms of this order, the movant, through its attorney of record, may file an affidavit establishing the default, served upon the debtor and debtor's attorney. Upon the expiration of fourteen (14) days without the filing of a counter-affidavit by the debtor disputing the fact of default, an order will be entered lifting the automatic stay, converting the case to a Chapter 7 or dismissing the case without further motion, notice or hearing.

☐ The strict compliance provision of this Order shall expire on _____.

Case No.:  17-50744

Page 3

☐ Other provisions:

**NOTE TO COUNSEL: THE COURT REQUIRES ANY FORM MODIFICATIONS AND/OR NONCONFORMING TERMS TO BE PLACED IN THE "OTHER PROVISIONS" SECTION ABOVE, OR ON A SEPARATE PAGE.**

[END OF DOCUMENT]

_____
Attorney for Movant
Ryan Starks
Name (print)
676512
GA Bar No.

_____
Attorney for Respondent/Debtor
John Bolden
Name (print)
996780
GA Bar No.

_____
Debtor
Matthew O. Tucker
Name (print)

_____
Trustee

Name (print)

Kathryn S. Kasper
Office of the Chp 13 Trustee
Ga Bar No. 625205

Prepared by:

| | |
|---|---|
| s/ | Ryan Starks |
| Attorney Name | Ryan Starks |
| Attorney for | Movant |
| Bar Number | 676512 |
| Address | 11675 Great Oaks Way Ste 375 |
| City, St, Zip | Alpharetta, GA 30319 |
| Telephone | 770-393-4300 |
| Email | ryan.starks@phelanhallinan.com |

GASB-55e (Rev. 08/17)